UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DREW O. EICHE,

                Plaintiff,

     v.

MICHAEL ASTRUE, Commissioner of
Social Security Administration,

                Defendant.

CASE NO.     C07-5447RJB

ORDER

     The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge J. Kelley Arnold, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

     (1)     The Court adopts the Report and Recommendation;

     (2)     the  matter is therefore REMANDED to the administration for further consideration; and

     (3)     The Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel and Magistrate Judge J. Kelley Arnold.

     DATED this 16th day of May, 2008.

ROBERT J. BRYAN
United States District Judge

ORDER
Page - 1